# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHERINE GRAY,

        Plaintiff,

vs.

HARRAH'S IMPERIAL PALACE CORP. dba IMPERIAL PALACE HOTEL and CHARLES WILLIS,

        Defendants.

Case No. 2:09-cv-00218-ECR-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a Joint Pretrial Order. On December 21, 2010, the Court ordered that the parties file the Joint Pretrial Order on or before January 3, 2011 (Order #37). To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Pretrial Order no later than **January 21, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 11th day of January, 2011.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE